# MEMORANDUM CASES.

[Civ. No. 2056.   First Appellate District.—June 20, 1917.]

## MAUD M. FORDYCE, Appellant, v. L. M. SPIEGL, Respondent.

NEGLIGENCE—PERSONAL INJURIES.—Order denying a new trial affirmed on the authority of *Kerner* v. *Spiegl, ante,* p. 162.

APPEAL from an order of the Superior Court of the City and County of San Francisco denying a new trial.   A. E. Graupner, Judge.

The facts are identical with those stated in the case of *Kerner* v. *Spiegl, ante,* p. 162, [166 Pac. 1013].

Hamilton A. Bauer, for Appellant.

Walter H. Linforth, for Respondent.

RICHARDS, J.—The facts of this case are in all respects identical with the facts in the case of *Kerner* v. *Spiegl, ante,* p. 162, [166 Pac. 1013], pending in this court, and this day decided, and the opinion in that case is equally applicable to the present one.

The order denying the plaintiff's motion for a new trial is affirmed.

Beasly, J., *pro tem.,* and Kerrigan, J., concurred.

A petition to have the cause heard in the supreme court, after judgment in the district court of appeal, was denied by the supreme court on August 16, 1917.